JS-6

1  DAVID N. BARRY, ESQ. (SBN 219230)
2  THE BARRY LAW FIRM
   11845 W. Olympic Blvd., Suite 1270
3  Los Angeles, CA 90064
   Telephone: 310.684.5859
4  Facsimile: 310.862.4539

5  Attorneys for Plaintiff, JONATHAN SCOVILLE

6
7  SCOTT SHEPARDSON, ESQ. (Bar No. 197446)
   MICHAEL TUDZIN, ESQ. (Bar No. 167153)
8  ONGARO, PC
   1604 Union Street
9  San Francisco, CA 94123
10 Telephone: (415) 433-3900

11 Attorneys for Defendant, FCA US LLC

12
13
14                UNITED STATES DISTRICT COURT
15                CENTRAL DISTRICT OF CALIFORNIA

16
17 JONATHAN SCOVILLE, an individual;    Case No. 5:24-cv-01733-SSS-SPx
18                                       (Removed from San Bernardino
                                         Superior Court – Case No.
19           Plaintiff,                  CIVSB2421522)
20    v.                                 **ORDER RE: JOINT
                                         STIPULATION FOR REMAND**
21
   FCA US, LLC, A Delaware Limited      **DATE: December 6, 2024**
22                                       **TIME: 2:00 p.m.**
   Liability Company; and DOES 1 through
23 20, inclusive,
                                         **COURTROOM: 2**
24
25                                       **Action Filed: July 1, 2024**
             Defendants.                 **Trial Date: None**
26
27                                       *District Judge: Sunshine Suzanne*
                                         *Sykes Courtroom 2*
28

-1-
**ORDER RE: JOINT STIPULATION FOR REMAND**

**IT IS SO ORDERED.**

This case is remanded to the Superior Court of California, County of San Bernardino.

DATED: October 23, 2024

_____
THE HON. SUNSHINE SUZANNE SYKES
U.S. DISTRICT JUDGE